**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Motion to Approve Loan Modification Agreement with Ditech Financial LLC, and the Debtor requests that the court grant the Debtor's Motion to Approve Loan Modification Agreement with Ditech Financial LLC, as the Motion is uncontested.

**Date:** March 1, 2018

                                   Respectfully submitted,

                                   **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    */s/ George M. Lutz*
                                  _____
                                  George M. Lutz, Esquire
                                  1100 Berkshire Boulevard, Suite 301
                                  Wyomissing, PA  19610
                                  Pa. Attorney ID No.: 46437