## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARGARITA M. COLLADO : CHAPTER 13
ERICK R. RODRIGUEZ (NON-FILING CO- :
MORTGAGOR) : BK. No. 17-10952 REF
    Debtors :

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

Date: March 19, 2018

_____
RICHARD E. FEHLING,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

GEORGE M LUTZ, ESQUIRE
1100 Berkshire Blvd., Suite 30, P.O. Box 5828
Wyomissing, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

ERICK R. RODRIGUEZ
3 SHELLY DRIVE
SINKING SPRING, PA 19608

MARGARITA M. COLLADO
3 SHELLY DRIVE
SINKING SPRING, PA 19608