**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  <br><br>**MARGARITA M. COLLADO,**  <br><br>Debtor | **Chapter 13 Bankruptcy**  <br><br>**Bankruptcy No. 17-10952 REF** |

**ADDENDUM TO THE AMENDED CHAPTER 13 PLAN**

The Debtor hereby files this Addendum to the Amended Chapter 13 Plan, and states as follows:

§ 2(a)(2) of the Amended Chapter 13 Plan contains a typographical error. § 2(a)(2) of the Amended Chapter 13 Plan should read as follows:

The Plan payments by Debtor shall consists of the total amount previously paid ($4,800.00) added to the new monthly Plan payments in the amount of $350.00 beginning April 9, 2018 for 47 months.

The Amended Chapter 13 Plan that will be served prior to confirmation will reflect the above language.

**Date:** April 3, 2018

          **Respectfully submitted,**

          **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   /s/ George M. Lutz
          _____
          **George M. Lutz, Esquire**
          **1100 Berkshire Boulevard, Suite 301**
          **Wyomissing, PA  19610**
          **Pa. Attorney ID No.: 46437**
          **Phone:  610-372-9900**
          **Fax:     610-372-5469**