**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MARGARITA M. COLLADO,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 REF** |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Second Amended Chapter 13 Plan was served upon the addresses listed below and upon all creditors and interested parties listed on the Matrix, by way of electronic means on and/or via first class mail on April 12, 2018:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

THOMAS A. CAPEHART on behalf of Creditor Santander Bank, N.A. - JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

JAMES A. PROSTKO on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Ditech Financial LLC - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Ditech Financial LLC - paeb@fedphe.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

Margarita M. Collado
3 Shelly Drive
Reading, PA 19608

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:   *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610

```
Label Matrix for local noticing           DITECH FINANCIAL LLC                      Santander Bank, N.A.
0313-4                                    14841 Dallas Parkway, Suite 300           c/o Thomas A. Capehart, Esq.
Case 17-10952-ref                         Dallas, TX 75254-7883                     Gross McGinley LLP
Eastern District of Pennsylvania                                                    33 S Seventh Street
Reading                                                                             Allentown, PA 18101-2418
Thu Apr 12 11:37:25 EDT 2018

Synchrony Bank                            Reading                                   BANK OF AMERICA
c/o PRA Receivables Management, LLC       400 Washington Street                     4909 SAVARESE CIRCLE FL1
PO Box 41021                              Suite 300                                 Tampa, FL 33634-2413
Norfolk, VA 23541-1021                    Reading, PA 19601-3951


CAPITAL ONE/LORD & TAYLOR                 COMENITY BANK/EXPRESS                     COMENITY BANK/NWYRK&CO
PO BOX 30253                              PO BOX 182789                             PO BOX 182789
SALT LAKE CITY, UT 84130-0253             COLUMBUS, OH 43218-2789                   COLUMBUS, OH 43218-2789
                                          Columbus, OH 43218-2789


CONVERGENT OUTSOURCING                    CP/BON TON                                Cavalry Spv I, LLC
P O BOX 9004                              PO BOX 182789                             Bass & Associates, P.C.
RENTON, WA 98057-9004                     COLUMBUS, OH 43218-2789                   3936 E. Ft. Lowell Road, Suite #200
                                                                                    Tucson, AZ 85712-1083


DITECH FINANCIAL LLC                      DSNB/MACYS                                Ditech Financial LLC fka Green Tree Servicin
POB 6172                                  PO BOX 8218                               P.O. Box 6154
Rapid City, SD 57709-6172                 MASON, OH 45040-8218                      Rapid City, South Dakota 57709-6154


ENHANCED RECOVERY COMPANY                 FREEDOM MORTGAGE                          KML Law Group, P.C.
PO BOX 57547                              907 PLEASANT VALLESTE 3                   701 Market St., Ste. 5000
JACKSONVILLE, FL 32241-7547               MOUNT LAUREL, NJ 08054-1210               BNY Independence Ctr.
                                                                                    Philadelphia, PA 19106-1541


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      PRA Receivables Management, LLC           Quantum3 Group LLC as agent for
PO BOX 41067                              PO Box 41021                              Comenity Bank
NORFOLK VA 23541-1067                     Norfolk, VA 23541-1021                    PO Box 788
                                                                                    Kirkland, WA  98083-0788


SANTANDER BANK N.A.                       Santander Bank, N.A.                      United States Trustee
450 PENN ST                               c/o Thomas A. Capehart, Esq.              Office of the U.S. Trustee
READING, PA 19602-1011                    33 S Seventh Street                       833 Chestnut Street
                                          Allentown, PA 18101-2436                  Suite 500
                                                                                    Philadelphia, PA 19107-4405


FREDERICK L. REIGLE                       GEORGE M. LUTZ                            Margarita M. Collado
Chapter 13 Trustee                        Hartman, Valeriano, Magovern & Lutz, PC   3 Shelly Drive
2901 St. Lawrence Avenue                  1100 Berkshire Blvd.                      Sinking Spring, PA 19608-8977
P.O. Box 4010                             Suite 301
Reading, PA 19606-0410                    P.O. Box 5828
                                          Wyomissing, PA 19610-5828
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PORTFOLIO RECOVERY                      (d)Portfolio Recovery Associates, LLC
120 CORPORATE BLVD                      POB 41067
NORFOLK, VA 23502                       Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ditech Financial LLC          (u)Freedom Mortgage Corporation          (du)FREEDOM MORTGAGE CORPORATION
```

```
End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29
```