**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **MARGARITA M. COLLADO,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 17-10952 REF** |

**ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN**

The Debtor hereby files this Addendum to the Second Amended Chapter 13 Plan, and states as follows:

§4(a) of the Second Amended Chapter 13 Plan states that the Amount to be Paid to Creditor by the Trustee for the claim of Freedom Mortgage (Proof of Claim No. 6) is $10,729.01. That should be corrected to be $8,269.00.

**Date:** June 12, 2018

                **Respectfully submitted,**

                **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

                **George M. Lutz, Esquire**
                **1100 Berkshire Boulevard, Suite 301**
                **Wyomissing, PA  19610**
                **Pa. Attorney ID No.: 46437**
                **Phone:  610-372-9900**
                **Fax:     610-372-5469**