**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 REF** |
|---|---|

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was served upon the addresses listed below and upon all parties in interest, by way of electronic means on September 19, 2018 and/or via first class mail on September 21, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

JEROME B. BLANK on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

THOMAS A. CAPEHART on behalf of Creditor Santander Bank, N.A. - JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

JAMES A. PROSTKO on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Ditech Financial LLC - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Ditech Financial LLC - paeb@fedphe.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

Margarita M. Collado
3 Shelly Drive
Reading, PA 19608

                                **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      By:    *s/Alyssa J. Merkey*
                             1100 Berkshire Blvd., Suite 301
                             Wyomissing, PA 19610

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 17-10952-ref<br>Eastern District of Pennsylvania<br>Reading<br>Fri Sep 21 08:35:58 EDT 2018 | DITECH FINANCIAL LLC<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Santander Bank, N.A.<br>c/o Thomas A. Capehart, Esq.<br>Gross McGinley LLP<br>33 S Seventh Street<br>Allentown, PA 18101-2418 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | BANK OF AMERICA<br>4909 SAVARESE CIRCLE FL1<br>Tampa, FL 33634-2413 |
| CAPITAL ONE/LORD & TAYLOR<br>PO BOX 30253<br>SALT LAKE CITY, UT 84130-0253 | COMENITY BANK/EXPRESS<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789<br>Columbus, OH 43218-2789 | COMENITY BANK/NWYRK&CO<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| CONVERGENT OUTSOURCING<br>P O BOX 9004<br>RENTON, WA 98057-9004 | CP/BON TON<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| DITECH FINANCIAL LLC<br>POB 6172<br>Rapid City, SD 57709-6172 | DSNB/MACYS<br>PO BOX 8218<br>MASON, OH 45040-8218 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 |
| ENHANCED RECOVERY COMPANY<br>PO BOX 57547<br>JACKSONVILLE, FL 32241-7547 | FREEDOM MORTGAGE<br>907 PLEASANT VALLESTE 3<br>MOUNT LAUREL, NJ 08054-1210 | KML Law Group, P.C.<br>701 Market St., Ste. 5000<br>BNY Independence Ctr.<br>Philadelphia, PA 19106-1541 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SANTANDER BANK N.A.<br>450 PENN ST<br>READING, PA 19602-1011 | Santander Bank, N.A.<br>c/o Thomas A. Capehart, Esq.<br>33 S Seventh Street<br>Allentown, PA 18101-2436 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1100 Berkshire Blvd.<br>Suite 301<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Margarita M. Collado<br>3 Shelly Drive<br>Sinking Spring, PA 19608-8977 | WILLIAM MILLER*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PORTFOLIO RECOVERY                       (d)Portfolio Recovery Associates, LLC
120 CORPORATE BLVD                       POB 41067
NORFOLK, VA 23502                        Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ditech Financial LLC          (u)Freedom Mortgage Corporation          (du)FREEDOM MORTGAGE CORPORATION
```

```
End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29
```