**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **MARGARITA M.COLLADO,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 17-10952 REF** |

**ADDENDUM TO THIRD AMENDED CHAPTER 13 PLAN**

The Debtor hereby files this Addendum to the Third Amended Chapter 13 Plan, and states as follows:

The Third Amended Chapter 13 Plan is amended as follows:

§2(a)(2) of the Third Amended Chapter 13 Plan is changed to read as follows:

> **§ 2(a)(2) Amended Plan:**
>
> **Total Base** Amount to be paid to the Chapter 13 Trustee ("Trustee") $25,865.00
>
> The Plan payments by Debtor shall consists of the total amount previously paid ($6,800.00) added to the new monthly Plan payments in the amount of $465.00 beginning October 9, 2018 for 41 months.
>
> ☐ Other changes in the scheduled plan payments are set forth in §2(d)

**Date:** October 23, 2018

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** /s/ George M. Lutz
_____

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Bldg. 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Phone:  610-372-9900**
**Fax:     610-372-5469**