**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 REF** |
|---|---|

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant Debtor's Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  November 16, 2018

                                         **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      **by:**    */s/ George M. Lutz*

                                         George M. Lutz, Esquire
                                         1025 Berkshire Blvd, Suite 700
                                         Wyomissing, PA 19610
                                         Attorney I.D. No. 46437
                                         Phone:  610-779-0772
                                         Fax: 610-779-7473