**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 REF** |

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $6,961.50, of which $990.00 was received pre-petition, for reimbursement of actual, necessary fees and expenses in the amount of $133.21.

**Date: November 20, 2018**

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

**All creditors**

**William C. Miller, Esquire*R**
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

**Margarita M. Collado**
3 Shelly Drive
Reading, PA 19608