United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Margarita M. Collado
     Debtor

Case No. 17-10952-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Nov 20, 2018
                        Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
```
db             +Margarita M. Collado,    3 Shelly Drive,    Sinking Spring, PA 19608-8977
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
                33 S Seventh Street,    Allentown, PA 18101-2418
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2018 02:49:37      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
```
              GEORGE M. LUTZ    on behalf of Debtor Margarita M. Collado glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JAMES A. PROSTKO    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **MARGARITA M. COLLADO,** | |
| Debtor | **Bankruptcy No. 17-10952 REF** |

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $6,961.50, of which $990.00 was received pre-petition, for reimbursement of actual, necessary fees and expenses in the amount of $133.21.

**Date: November 20, 2018**

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1025 Berkshire Blvd., Suite 700**
**Wyomissing, PA 19610**

**All creditors**

**William C. Miller, Esquire*R**
**Chapter 13 Trustee**
**P.O. Box 4010**
**Reading, PA 19606**

**Margarita M. Collado**
**3 Shelly Drive**
**Reading, PA 19608**