United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Margarita M. Collado  
    Debtor

Case No. 17-10952-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: DonnaR    Page 1 of 1    Date Rcvd: Jan 30, 2020  
                    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13901134        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:01:12  
         Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,  
       Rapid City, South Dakota 57709-6154  
                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:  
       GEORGE M. LUTZ    on behalf of Debtor Margarita M. Collado glutz@hvmllaw.com,  
        amerkey@hvmllaw.com;r49419@notify.bestcase.com  
       HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com  
       JAMES A. PROSTKO    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com  
       JEROME B. BLANK    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,  
        ehutchinson@grossmcginley.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                             TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10952-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Margarita M. Collado
3 Shelly Drive
Sinking Spring PA 19608

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | New Residential Mortgage LLC |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/01/20

Tim McGrath
**CLERK OF THE COURT**