| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-10952-PMM**

MARGARITA M. COLLADO
3 SHELLY DRIVE
SINKING SPRING  PA    19608

Petition Filed Date: 02/09/2017
341 Hearing Date: 05/16/2017
Confirmation Date: 10/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2019 | $445.00 | 17869780276 | 02/21/2019 | $445.00 | 17889020566 | 04/04/2019 | $445.00 | 17895445015 |
| 04/18/2019 | $445.00 | 17895444489 | 05/16/2019 | $445.00 | 17956562187 | 06/24/2019 | $465.00 | 6796204398 |
| 08/01/2019 | $465.00 | 17985152304 | 08/26/2019 | $465.00 | 17906044869 | 10/30/2019 | $465.00 | 17774675560 |
| 12/16/2019 | $465.00 | 19057900412 | 12/16/2019 | $465.00 | 19057900649 | 01/28/2020 | $465.00 | 19067353689 |
| 03/17/2020 | $430.00 | 19056643759 | 03/17/2020 | $500.00 | 19056643758 | 04/28/2020 | $460.00 | 19089244948 |
| 05/14/2020 | $465.00 | 19089244424 | 07/14/2020 | $500.00 | 19118769135 | 07/14/2020 | $430.00 | 19118769136 |

**Total Receipts for the Period: $8,265.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | CAVALRY SPV I LLC<br>»» 004 | Unsecured Creditors | $546.59 | $0.00 | $546.59 |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»» 001 | Unsecured Creditors | $2,356.61 | $0.00 | $2,356.61 |
| 3 | NEW RESIDENTIAL MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 006 | Mortgage Arrears | $8,269.00 | $7,757.12 | $511.88 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,587.49 | $0.00 | $1,587.49 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,804.60 | $0.00 | $2,804.60 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $609.68 | $0.00 | $609.68 |
| 2 | SANTANDER BANK NA<br>»» 002 | Mortgage Arrears | $1,195.16 | $1,121.18 | $73.98 |
| 9 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 009 | Attorney Fees | $6,104.71 | $6,104.71 | $0.00 |

**Chapter 13 Case No. 17-10952-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,400.00 | Current Monthly Payment: | $465.00 |
| Paid to Claims: | $14,983.01 | Arrearages: | $1,095.00 |
| Paid to Trustee: | $1,416.99 | Total Plan Base: | $25,865.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.