**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 PMM** |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to Motion for Relief of Santander Bank, N.A., was served upon the addresses listed below by way of electronic means on January 22, 2021:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

JEROME B. BLANK on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

THOMAS A. CAPEHART on behalf of Creditor Santander Bank, N.A. - JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

HAROLD N. KAPLAN on behalf of Creditor New Residential Mortgage LLC - hkaplan@rasnj.com

JAMES A. PROSTKO on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Ditech Financial LLC - bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor Freedom Mortgage Corporation - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Ditech Financial LLC - paeb@fedphe.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Freedom Mortgage Corporation - paeb@fedphe.com

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    */s/ Alyssa J. Merkey*
           1025 Berkshire Blvd., Suite 700
           Wyomissing, PA  19610
           610-779-0772