UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Margarita M. Collado, | : | Case No.  17-10952 – PMM |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of Santander Bank, N.A.'s Motion for Relief from Stay re: 3 Shelly Drive, Sinking Spring, PA ("the Motion") (Doc. # 74) and the Debtor's Response (Doc. # 76);

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 1, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being overruled without further notice or hearing.

**Date:  March 2, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE