United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                           Case No. 17-10952-pmm

Margarita M. Collado                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin            Page 1 of 2

Date Rcvd: Mar 02, 2021            Form ID: pdf900            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margarita M. Collado, 3 Shelly Drive, Sinking Spring, PA 19608-8977 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGE M. LUTZ | on behalf of Debtor Margarita M. Collado glutz@hvmllaw.com amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JAMES A. PROSTKO | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-4     User: admin     Page 2 of 2

Date Rcvd: Mar 02, 2021     Form ID: pdf900     Total Noticed: 2

       on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
       on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com

THOMAS A. CAPEHART
       on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

THOMAS YOUNG.HAE SONG
       on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
       on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **Margarita M. Collado,** | : | Case No.  17-10952 – PMM |
| | : | |
| **Debtor.** | : | |

## O R D E R

AND NOW, upon consideration of Santander Bank, N.A.'s Motion for Relief from Stay re: 3 Shelly Drive, Sinking Spring, PA ("the Motion") (Doc. # 74) and the Debtor's Response (Doc. # 76);

AND, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 1, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being overruled without further notice or hearing.

Date:  March 2, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**