United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-10952-pmm

Margarita M. Collado  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Mar 30, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Margarita M. Collado, 3 Shelly Drive, Sinking Spring, PA 19608-8977 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

**Name**     **Email Address**

GEORGE M. LUTZ
    on behalf of Debtor Margarita M. Collado glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JAMES A. PROSTKO
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS A. CAPEHART
    on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| MARGARITA M. COLLADO, ) | NO. 17-10952-PMM |
| ) | |
| Debtor ) | Chapter 13 |
| _____) | |
| SANTANDER BANK, N.A., ) | |
| Movant ) | |
| vs. ) | MOTION FOR RELIEF |
| ) | 3 Shelly Drive, Sinking Spring, PA |
| MARGARITA M. COLLADO and ) | |
| ERICK R. RODRIGUEZ, ) | |
| Respondents ) | |

## ORDER

AND NOW, this __29th__ day of __March__, 20_21_, upon the written Stipulation for Stay Relief signed by the Debtor, Margarita M. Collado, her counsel, George M. Lutz, Esq., and Santander Bank ("Santander"), by and through its counsel Thomas A. Capehart, Esq., it is hereby:

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code shall be conditionally terminated with respect to Santander as of this date;

**ORDERED**, that if the Debtor fails to make the payments as required under the terms of the Stipulation, Santander shall, following a ten (10) day notice to debtor and debtor's counsel, be authorized to then file a Certificate of Default with the Court, upon which the Automatic Stay provisions of Section 362 shall be unconditionally terminated with respect to Santander and Santander shall be entitled to proceed with available state court remedies against the Premises located at 3 Shelly Drive, Sinking Spring, Berks fCounty, Pennsylvania ("Premises"), including without limitation, a mortgage foreclosure and Sheriff's Sale of the Premises, all without further application to this Court or notice to the Debtor or her counsel.

**ORDERED,** that this Order shall not be stayed until the expiration of the 14 days after its entry pursuant to Bankruptcy Rule 4001(a) but rather shall become effective as of the date this Order is signed.

BY THE COURT:

*Patricia M. Mayer*

_____
PATRICIA M. MAYER
United States Bankruptcy Judge