**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 PMM** |

**CERTIFICATE OF NO RESPONSE**

I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that adequate notice of Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 was served upon the Chapter 13 Trustee, United States Trustee, all creditors and parties in interest; And neither the Trustee nor the United States Trustee nor any creditor or interested persons have filed an Objection within the time set by the court, to Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and requests that the court grant the Motion, as the Motion is uncontested.

Date:  May 19, 2021

                                              Respectfully submitted,

                                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

                        by:     /s/ George M. Lutz

                                              George M. Lutz, Esquire
                                              1025 Berkshire Blvd., Suite 700
                                              Wyomissing, PA  19610
                                              Attorney I.D. No. 46437
                                              Phone:  610-779-0772