**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 PMM** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  May 20, 2021

                                            Respectfully submitted,

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

               by:    */s/ George M. Lutz*

                                            George M. Lutz, Esquire
                                            1025 Berkshire Blvd., Suite 700
                                            Wyomissing, PA  19610
                                            Attorney I.D. No. 46437
                                            Phone:  610-779-0772