| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-10952-PMM**

MARGARITA M. COLLADO
3 SHELLY DRIVE
SINKING SPRING  PA    19608

Petition Filed Date: 02/09/2017
341 Hearing Date: 05/16/2017
Confirmation Date: 10/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $465.00 | 19067353689 | 03/17/2020 | $430.00 | 19056643759 | 03/17/2020 | $500.00 | 19056643758 |
| 04/28/2020 | $460.00 | 19089244948 | 05/14/2020 | $465.00 | 19089244424 | 07/14/2020 | $500.00 | 19118769135 |
| 07/14/2020 | $430.00 | 19118769136 | 08/18/2020 | $465.00 | 209464522058 | 09/15/2020 | $465.00 | 209464515931 |
| 10/22/2020 | $465.00 | 19176162158 | 11/17/2020 | $465.00 | 19188792413 | 12/30/2020 | $465.00 | 19189587120 |
| 01/20/2021 | $465.00 | 19187994835 | 02/17/2021 | $465.00 | 19226514328 | 03/30/2021 | $500.00 | 77801055123 |
| 03/30/2021 | $110.00 | 77801055134 | 04/16/2021 | $610.00 | 26401963871 | 05/14/2021 | $610.00 | 27185069700 |

**Total Receipts for the Period:  $8,335.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,485.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | CAVALRY SPV I LLC <br> »»  004 | Unsecured Creditors | $546.59 | $166.87 | $379.72 |
| 1 | QUANTUM3 GROUP LLC as agent for <br> »»  001 | Unsecured Creditors | $2,356.61 | $719.47 | $1,637.14 |
| 3 | NEW RESIDENTIAL MORTGAGE LLC <br> »»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | FREEDOM MORTGAGE CORPORATION <br> »»  006 | Mortgage Arrears | $8,269.00 | $8,269.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  007 | Unsecured Creditors | $1,587.49 | $484.67 | $1,102.82 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  008 | Unsecured Creditors | $2,804.60 | $856.25 | $1,948.35 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  005 | Unsecured Creditors | $609.68 | $186.13 | $423.55 |
| 2 | SANTANDER BANK NA <br> »»  002 | Mortgage Arrears | $1,195.16 | $1,195.16 | $0.00 |
| 9 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC <br> »»  009 | Attorney Fees | $6,104.71 | $6,104.71 | $0.00 |
| 9 | SANTANDER BANK NA <br> »»  02P | Mortgage Arrears | $923.00 | $183.60 | $739.40 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

Chapter 13 Case No. 17-10952-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,485.00 | Current Monthly Payment: | $610.00 |
| Paid to Claims: | $19,665.86 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,819.14 | Total Plan Base: | $26,975.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.