**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 PMM** |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**TO:   U.S. TRUSTEE, CHAPTER 13 TRUSTEE, AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:**

The Debtor has filed a Motion to Approve Loan Modification Agreement with Freedom Mortgage ("Motion"). If a copy of the Motion is not enclosed with this Notice, a copy can be obtained by contacting counsel for the Movant, George M. Lutz, Esquire, at Hartman, Valeriano, Magovern & Lutz, P.C., 1025 Berkshire Boulevard, Suite 700, Wyomissing, PA 19610, Phone: 610-763-0745, Fax: 610-779-7473.

Any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601 and must deliver a copy to Movant, whose name and address appears below, on or before July 6, 2021.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for July 8, 2021 at 11:00 am in The Gateway Building, 4th Floor Courtroom, 201 Penn Street, Reading, PA 19601. In the absence of any answer, objection, or other responsive pleading, the Court may approve the loan modification agreement referred to in the Motion.

**Date:**  June 18, 2021              Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, PC**

by:    */s/ George M. Lutz*
_____
George M. Lutz, Esquire
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA 19610
Pa. Attorney ID No.: 46437