UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Margarita M Collado | Case No.: 17-10952 |
| | Adversary No.: |
| Debtor | Chapter: 13 |
| | Judge: Patricia M Mayer |

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255
MC: 10-421-MC3
Reading, PA 19612

New Payment Address:

PO Box 847051
Boston, MA 02284-7051

Date: 09/28/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Margarita M Collado

Debtor

_____/

Chapter #13  
Case No. 17-10952  
Honorable Patricia M Mayer

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on September 28, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 28th day of September 2021.

    *Melissa A. Epler*  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
450 Penn Street  
Reading, PA 19602  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Margarita M Collado  
3 Shelly Dr  
Sinking Spring, PA 19608

VIA ECF  
Scott F Waterman  
2901 Saint Lawrence Ave Ste 100  
Reading, PA 19606

George M Lutz  
glutz@hvmllaw.com