UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 PMM** |
|---|---|

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Approve Loan Modification Agreement with Freedom Mortgage ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and a Loan Modification Agreement between the Debtor and Freedom Mortgage is APPROVED with the terms as described herein.

Date: **October 28, 2021**

**BY THE COURT:**

*Patricia M. Mayer*

**Patricia M. Mayer**
**United States Bankruptcy Judge**