United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10952-pmm

Margarita M. Collado     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Oct 28, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Margarita M. Collado, 3 Shelly Drive, Sinking Spring, PA 19608-8977 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| GEORGE M. LUTZ | on behalf of Debtor Margarita M. Collado glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JAMES A. PROSTKO | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

THOMAS A. CAPEHART
    on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>**MARGARITA M. COLLADO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-10952 PMM** |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Approve Loan Modification Agreement with Freedom Mortgage ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and a Loan Modification Agreement between the Debtor and Freedom Mortgage is APPROVED with the terms as described herein.

**BY THE COURT:**

Date: **October 28, 2021**

_Patricia M. Mayer_

**Patricia M. Mayer
United States Bankruptcy Judge**