**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>　　MARGARITA M. COLLADO<br><br>Debtor | Chapter 13<br><br>Case No.17-10952-PMM |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

　　Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

　　The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan.

　　　　　　　　　　　　　　　　　　　　**Office of the Chapter 13 Trustee**

Date: February 23, 2022　　　　　　　　By:　*/s/ Scott F. Waterman*
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire, Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　2901 St. Lawrence Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　　Reading, PA  19606
　　　　　　　　　　　　　　　　　　　　(610)779-1313 (Phone)
　　　　　　　　　　　　　　　　　　　　(610)779-3637 fax