| Fill in this information to identify the case: |
|---|
| Debtor 1    MARGARITA M. COLLADO |
| (Spouse, if filing) |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania<br>Case number 17-10952-PMM |

Official Form 410S1
**Notice of Mortgage Payment Change**                                                                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation                **Court claim no.** (if known): 6

**Last four digits** of any number you    8442                **Date of payment change:**    04/01/2022
use to identify the debtor's account:                                   Must be at least 21 days after date of this notice

                                                                       **New total payment:**              $1,441.05
                                                                       Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $845.38        New escrow payment: $825.55

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:    _____%            New interest rate:    _____%

Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ ____        New mortgage payment: $ _____

Debtor 1   <u>MARGARITA M. COLLADO</u>               Case number *(if known)* <u>17-10952-PMM</u>
        First Name     Middle Name     Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘   <u>/s/ Andrew Spivack</u>                                  Date  <u>03/03/2022</u>
    Signature

**Print:**  <u>**Andrew Spivack (84439)**</u>                      Title  <u>Attorney</u>
         First Name     Middle Name     Last Name

Company  <u>Brock & Scott, PLLC</u>

Address  <u>302 Fellowship Road, Suite 130</u>
       Number        Street

          <u>Mount Laurel, NJ 08054</u>
          City             State     ZIP Code

Contact phone  <u>844-856-6646 x3017</u>                 Email <u>PABKR@brockandscott.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>Margarita M. Collado<br><br>Freedom Mortgage Corporation,<br>      Movant<br><br>vs.<br><br>Margarita M. Collado,<br>      Debtor, | Case No. 17-10952-PMM<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

Margarita M. Collado
3 Shelly Drive
Sinking Spring, PA 19608


George M. Lutz, Debtor's Attorney
Hartman, Valeriano, Magovern, Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA 19610
glutz@hymllaw.com

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 Saint Lawrence Avenue, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com


United States Trustee
Office of the U.S. Trustee, U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106




March 3, 2022




           */s/ Andrew Spivack*
           Andrew Spivack
           (Bar No. 84439)
           Attorney for Creditor
           BROCK & SCOTT, PLLC
           302 Fellowship Road, Suite 130
           Mount Laurel, NJ 08054
           Telephone: 844-856-6646 x3017
           Facsimile: 704-369-0760
           E-Mail: PABKR@brockandscott.com



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 3 SHELLY DRIVE |
| | SINKING SPRING PA 19608 |
| Statement Date: | 02/22/2022 |
| Current Payment Amount: | $1,583.92 |
| **New Payment Amount:** | **$1,441.05** |
| **New Payment Effective Date:** | **04/01/2022** |

MARGARITA  COLLADO
3 SHELLY DR
SINKING SPRING PA 19608-8977

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. Based on our most recent escrow analysis, your account is balanced. Your escrow payments will remain the same until the next analysis.

| | |
|---|---|
| Projected Minimum Balance | $1,651.10 |
| - Required Minimum Balance | $1,651.10 |

The required minimum balance is also known as the escrow cushion.  The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months.  As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.



### Your Mortgage Payment

Payment information beginning with your 04/01/2022 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---:|---:|
| Principal & Interest: | $738.54 | $615.50 |
| Escrow Payment: | $825.55 | $825.55 |
| Shortage Spread: | $19.83 | $0.00 |
| **Total Payment:** | **$1,583.92** | **$1,441.05** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)

## PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

| | Previous Year's Projections (Estimated) | | | | | Actual Activity | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Paid In | Paid Out | Description | Balance | Date | Paid In | Paid Out | Description | Balance |
| | | | Beginning Balance | $3,302.20 | | | | Beginning Balance | ($10,529.98) |
| Dec 2021 | $825.55 | $0.00 | | $4,127.75 | Dec 2021 | $1,975.64 | $0.00 | | ($8,554.34) |
| Jan 2022 | $825.55 | $0.00 | | $4,953.30 | Jan 2022 | ($2,914.79) | $0.00 | | ($11,469.13) |
| Feb 2022 | $825.55 | $0.00 | | $5,778.85 | Feb 2022 | $17,220.46 | $0.00 | | $5,751.33 |
| Mar 2022 | $825.55 | $0.00 | | $6,604.40 | Mar 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Apr 2022 | $825.55 | $2,405.18 | TOWNSHIP TAX | $5,024.77 | Apr 2022 | $0.00 | $0.00 | E | $5,751.33 |
| May 2022 | $825.55 | $0.00 | | $5,850.32 | May 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Jun 2022 | $825.55 | $0.00 | | $6,675.87 | Jun 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Jul 2022 | $825.55 | $0.00 | | $7,501.42 | Jul 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Aug 2022 | $825.55 | $5,847.42 | SCHOOL/ISD TAX | $2,479.55 | Aug 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Sep 2022 | $825.55 | $1,654.00 | HOMEOWNERS | $1,651.10 | Sep 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Oct 2022 | $825.55 | $0.00 | | $2,476.65 | Oct 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Nov 2022 | $825.55 | $0.00 | | $3,302.20 | Nov 2022 | $0.00 | $0.00 | E | $5,751.33 |
| Total | $9,906.60 | $9,906.60 | | | Total | $16,281.31 | $0.00 | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: ███

(This space intentionally left blank)

REPRESENTATION OF PRINTED DOCUMENT



**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

MARGARITA COLLADO
3 SHELLY DR
SINKING SPRING PA 19608-8977

**Escrow Account Disclosure Statement**

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 3 SHELLY DRIVE SINKING SPRING PA 19608 |
| Statement Date: | 02/22/2022 |
| Current Payment Amount: | $1,583.92 |
| **New Payment Amount:** | **$1,441.05** |
| **New Payment Effective Date:** | **04/01/2022** |

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,654.00 |
| SCHOOL/ISD TAX | $5,847.42 |
| TOWNSHIP TAX | $2,405.18 |
| **Total Disbursements** | **$9,906.60** |

Freedom expects to pay $9,906.60 over the next 12 months. Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $9,906.60 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$825.55** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $6,604.40 | $6,604.40 |
| Apr 2022 | $825.55 | $2,405.18 | TOWNSHIP TAX | $5,024.77 | $5,024.77 |
| May 2022 | $825.55 | $0.00 | | $5,850.32 | $5,850.32 |
| Jun 2022 | $825.55 | $0.00 | | $6,675.87 | $6,675.87 |
| Jul 2022 | $825.55 | $0.00 | | $7,501.42 | $7,501.42 |
| Aug 2022 | $825.55 | $5,847.42 | SCHOOL/ISD TAX | $2,479.55 | $2,479.55 |
| Sep 2022 | $825.55 | $1,654.00 | HOMEOWNERS | $1,651.10 | $1,651.10 * |
| Oct 2022 | $825.55 | $0.00 | | $2,476.65 | $2,476.65 |
| Nov 2022 | $825.55 | $0.00 | | $3,302.20 | $3,302.20 |
| Dec 2022 | $825.55 | $0.00 | | $4,127.75 | $4,127.75 |
| Jan 2023 | $825.55 | $0.00 | | $4,953.30 | $4,953.30 |
| Feb 2023 | $825.55 | $0.00 | | $5,778.85 | $5,778.85 |
| Mar 2023 | $825.55 | $0.00 | | $6,604.40 | $6,604.40 |
| | $9,906.60 | $9,906.60 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You



There's exactly enough money in your account to cover what's needed to pay your taxes and insurance.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

## PART 5 — How You Can Reach Us with Questions



Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER: